**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: sbogdanovich@bursor.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTA CURRY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE REALREAL, INC.,

Defendant.

Case No. 3:26-cv-2929-VC

**STATEMENT OF RECENT DECISION IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION**

New Date: August 13, 2026
Time: 2:00 p.m.
Courtroom: 3, 17th Floor (zoom)
Judge: Hon. Vince Chhabria

Pursuant to Local Rule 7-3(d)(2), Plaintiff brings to the Court's attention a recent decision in the matter captioned *Rickes v. Thermo Fisher Scientific, Inc.*, No. 25-5138, 2026 WL 2255243, at *1 (9th Cir. Aug. 5, 2026), attached hereto as **Exhibit A**. *Rickes* is relevant to Defendant's pending motion to compel arbitration because it addresses whether assent to arbitration requires "affirmative conduct such as 'clicking buttons,' 'checking boxes,' or otherwise interacting with the contractual terms" or whether it could be infered by a plaintiff "merely continuing his employment." 2026 WL 2255243, at *1.

Dated: August 6, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *\/s/ Stefan Bogdanovich*

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*